## Commonwealth *v.* Altizer, Appellant.

Argued December 16, 1966. *Charles H. Frey,* for appellant; *Gordon Gelfond,* Assistant District Attorney,

with him *Alan J. Davis*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.